UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>CARSON RANCH EAST HOMEOWNERS ASSOCIATION, PREMIER ONE HOLDINGS, INC., WEISUN PROPERTY INC. AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:16-cv-02192-MMD-CWH<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Bank Of America, N.A., Successor By Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P. has drawn into question the constitutionality of NRS § 116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 20th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE