ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Carson Ranch*
*Homeowner Association*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>CARSON RANCH EAST HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS INC.; WEISUN PROPERTY INC., AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02192-MMD-CWH<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT CARSON RANCH EAST HOMEOWNERS ASSOCIATION** |

COMES NOW, Defendant CARSON RANCH EAST HOMEOWNERS ASSOCIATION the ("Association"), by and through its attorneys of record, Alverson Taylor Mortensen & Sanders, and Plaintiff BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., ("BANA"), by and through their attorney of record, Akerman, LLP, and hereby acknowledge and stipulate as follows:

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

A default was entered against the Association in this matter on November 7, 2017 (Doc. 40). On November 17, 2017 and November 20, 2017, counsel conferred regarding the default and it was agreed that the default would be set aside and that the Association would file an answer to BANA's Complaint before end of day, November 20, 2017.

Accordingly, BANA and the Association hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the default taken against the Association will be set aside.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Association will file an answer to BANA's Complaint before end of day Monday, November 20, 2017.

| | |
|---|---|
| DATED this 20th day of November, 2017. | DATED this 20th day of November, 2017. |
| ALVERSON, TAYLOR, MORTENSEN & SANDERS | AKERMAN, LLP |
| /s/ Adam R. Knecht | /s/ Thera Cooper |
| KURT R. BONDS, ESQ. | MELANIE MORGAN, ESQ. |
| Nevada Bar #6228 | Nevada Bar No. 8215 |
| ADAM R. KNECHT, ESQ. | THERA COOPER, ESQ. |
| Nevada Bar #13166 | Nevada Bar No. 13468 |
| 6605 GRAND MONTECITO PARKWAY SUITE 200 | AKERMAN LLP 1160 Town Center Drive, Suite 330 |
| LAS VEGAS, NEVADA 89149 | Las Vegas, NV 89144 |
| (702) 384-7000 | Telephone: (702) 634-5000 |
| Fax: (702) 385-7000 | Facsimile: (702) 380-8572 |
| *Attorneys for Carson Ranch Homeowner Association* | *Attorney for Plaintiff* |

# ORDER

**IT IS HEREBY ORDERED** that the default taken against Carson Ranch Homeowners Association will be set aside.

**IT IS FURTHER ORDERED** that the Carson Ranch Homeowners Association will file an answer to Plaintiff's Complaint before end of day Monday, November 20, 2017.

DATED this __21st__ day of November, 2017.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR,
MORTENSEN & SANDERS


/s/ Adam R. Knecht_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
*Attorneys for Carson Ranch
Homeowner Association*

N:\kurt.grp\CLIENTS\23600\23675\pleading\SAO Set Aside Default.doc