ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N. A. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>CARSON RANCH EAST HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS INC.; WEISUN PROPERTY INC., AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02192-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO RESPOND/REPLY TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 54]**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N. A. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P., defendant Carson Ranch East Homeowners Association and defendant Absolute Collection Services, LLC stipulate that the response deadline for BANA's motion for summary judgment [ECF No. 54], currently set for April 26, 2018, shall be extended up to and including **May 11, 2018**, and stipulate the that reply deadline shall be **June 15, 2018**.

…

…

44956592;1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

No previous extensions relating to response/reply briefs have been requested. This request is not intended to cause any delay or prejudice to any party.

DATED: April 26, 2018.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff Bank of America, N. A. Successor by Merger to BAC Home loans Servicing, LP fka Countrywide Home Loans Servicing, L.P.*

DATED: April 26, 2018.

**ABSOLUTE COLLECTION SERVICES, LLC**

*/s/ Shane D. Cox*
SHANE D. COX, ESQ.
Nevada Bar No. 13852
8440 West lake Mead Boulevard, Suite 210
Las Vegas, NV 89128

*Attorney for Absolute Collection Services, LLC*

DATED: April 26, 2018.

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

*Attorneys for Carson Ranch Homeowner Association*

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**

April 30, 2018
**DATED**

2

44956592;1