ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America,*
*N. A. Successor by Merger to BAC Home*
*Loans Servicing, LP fka Countrywide Home*
*Loans Servicing, L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CARSON RANCH EAST HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS INC.; WEISUN PROPERTY INC., AND ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02192-MMD-CWH <br><br><br> **STIPULATION AND ORDER TO RE-OPEN BRIEFING ON BANK OF AMERICA, N.A.'S LIMITED MOTION FOR SUMMARY JUDGMENT AND SET ASIDE DEFAULT AS TO PREMIER ONE HOLDINGS INC.** |

Plaintiff Bank of America, N.A. (**BANA**) and Defendants Premier One Holdings Inc. and Weisun Property Inc. (collectively, **Defendants**) submit the following stipulation:

1. On September 16, 2016, Bank of America filed a quiet title action against Defendants, among others, arising out of an HOA foreclosure sale. [ECF No. 1].

2. On November 7, 2017, a default by clerk was entered against Premier One Holdings Inc. [ECF No. 41].

3. On April 5, 2018, Bank of America filed a limited motion for summary judgment based on the Federal Foreclosure Bar. [ECF No. 54].

1

1   4. On June 15, 2018, Bank of America filed a notice of non-opposition to its summary

2      judgment motion. [ECF No. 59].

3   5. The court has not yet ruled of Bank of America's summary judgment motion.

4   6. Counsel for Bank of America has agreed to set aside the clerk's default against Premier One

5      and has also agreed to allow Defendants an opportunity to oppose Bank of America's

6      summary judgment motion.

7   7. Counsel for Defendants agrees to file an opposition to Bank of America's summary judgment

8      motion on or before August 6, 2018. Counsel for Bank of America agrees to file a reply on

9      or before August 29, 2018.

10  8. Counsel for Defendants agrees to file an answer to Bank of America's complaint on or before

11     August 6, 2018. [ECF No. 1].

12  9. **IT IS HEREBY STIPULATED** that the default taken against Defendant Premier One will

13     be set aside.

14  10. **IT IS HEREBY FURTHER STIPULATED** that Defendants will file an answer to Bank of

15      America's complaint on or before August 6, 2018.

16  11. **IT IS HEREBY FURTHER STIPULATED** that Defendants will file an opposition to

17      Bank of America's summary judgment motion on or before August 6, 2018.

18  12. **IT IS HEREBY FURTHER STIPULATED** that Bank of America and any other defendant

19      may file a reply to Defendants' opposition on or before August 29, 2018.

20

| Dated: July 30, 2018 | Dated: July 30, 2018 |
|---|---|
| **AKERMAN LLP** | **HONG & HONG PLC** |
| */s/ Scott R. Lachman*  _____ | */s/ Joseph Y. Hong* |
| ARIEL E. STERN, ESQ. | JOSEPH Y. HONG, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 5995 |
| SCOTT R. LACHMAN, ESQ. | 1980 Festival Plaza Dr., Suite 650 |
| Nevada Bar No. 12016 | Las Vegas, Nevada 89135 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for Defendants Premier One Holdings Inc. and Weisun Property Inc.* |
| *Attorneys for Plaintiff Bank of America, N.A.* | |

1     **<u>ORDER</u>**

2     **IT IS HEREBY ORDERED** that the default taken against Defendant Premier One will be

3 set aside.

4     **IT IS HEREBY FURTHER ORDERED** that Defendants Premier One Holdings Inc. and

5 Weisun Property Inc. will file an answer to Bank of America's complaint [ECF No. 1] on or before

6 August 6, 2018.

7     **IT IS HEREBY FURTHER ORDERED** that briefing as to Bank of America's summary

8 judgment motion [ECF No. 54] is reopen for Defendants Premier One Holdings Inc. and Weisun

9 Property Inc. to file an opposition.

10     **IT IS HEREBY FURTHER ORDERED** that Defendants Premier One Holdings Inc. and

11 Weisun Property Inc. will file an opposition to Bank of America's summary judgment motion on or

12 before August 6, 2018.

13     **IT IS HEREBY FURTHER ORDERED** that Bank of America and any other defendant may

14 file a reply to Defendants' opposition on or before August 29, 2018.

15

16   Dated: July 30, 2018                _____

                                   U.S. DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28