**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CARSON RANCH EAST HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS INC., WEISUN PROPERTY INC., AND ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02192-MMD-CWH |
| AND ALL RELATED MATTERS. | |

## **MOTION TO SUBSTITUTE ATTORNEY**

. . .

. . .

. . .

1                                                                                 5844 Karnes Ranch Ave

Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., of Morris Law Center, are hereby substituted in as attorneys for Premier One Holdings, Inc. ("Defendant") in the above-entitled action, in place and instead of prior attorney, Joseph Y. Hong, Esq.

Dated this 21st day of February, 2019.

    /s/ Michael Ring
Michael Ring
Premier One Holdings, Inc.

## CONSENT

As former attorney for Defendant, I hereby consent to the above and foregoing substitution of Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., in my place and instead as attorney of record for Defendant.

    /s/ Joseph Y. Hong
Joseph Y. Hong, Esq.
Nevada Bar No. 5995

## ACCEPTANCE

I hereby accept the above and foregoing substitution as attorney for the Defendant, Premier One Holdings, Inc.

Dated this 21st day of February, 2019.

MORRIS LAW CENTER

By: _____
Sarah A. Morris, Esq.
Nevada Bar No. 8461
Timothy A. Wiseman, Esq.
Nevada Bar No. 13786
*Attorneys for Premier One Holdings, Inc.*

IT IS SO ORDERED.

DATED: Feb 22, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

5844 Karnes Ranch Ave

**ORDER**

The Substitution of Attorney is hereby approved and so ORDERED.

_____          _____
DATE                                                    UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **MOTION TO SUBSTITUTE ATTORNEY** by the method indicated:

\_\_\_\_\_ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

\_\_\_\_\_ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the email addresses set forth below and/or included on the Court's Service List for the above-referenced case.

\_\_\_\_\_ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

\_\_\_\_\_ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

\_\_\_\_\_ **BY PERSONAL DELIVERY:** by causing personal delivery via messenger service of the document(s) listed above to the person(s) at the address(es) set forth below.

\_\_X\_\_ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

and addressed to the following:

Alverson, Taylor, Mortensen & Sander
    Kurt R. Bonds                    efile@alversontaylor.com
    Adam R. Knect                 efile@alversontaylor.com

Absolute Collection Services, LLC
    Sahen D. Cox                    shane@absolute-collection.com

Akerman PLLC
    Brett M. Coombs             brett.coombs@akerman.com

Akerman LLP
    Thera A. Cooper              thera.cooper@akerman.com
    Scott R. Lachman            scott.lachman@akerman.com
    Ariel E. Stern                  ariel.stern@akerman.com

Hong & Hong
   Joseph Y Hong                  yosuphonglong@gmail.com

   Dated this 21st day of February, 2019.

   _____
   An employee of Morris Law Center