ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff Bank of America, N. A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>CARSON RANCH EAST HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS INC.; WEISUN PROPERTY INC., AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02192-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE BANK OF AMERICA RESPOND TO MOTION FOR RECONSIDERATION [ECF NO. 76]**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N. A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P. (**BANA**) and defendant Premier One Holdings, Inc. (**Premier One**) stipulate that the deadline for BANA's response to Premier One's motion for reconsideration (ECF No. 76), currently set for Monday, March 18, 2019, shall be extended up to and including Monday, April 1, 2019.

…

…

48316279;1
48318385;1

No previous extensions relating to the motion for reconsideration have been requested. This request is not intended to cause any delay or prejudice to any party.

DATED: March 15, 2019.   DATED: March 15, 2019.

**AKERMAN LLP**   **MORRIS LAW CENTER**

*/s/ Scott R. Lachman*   */s/ Timothy A. Wiseman*
ARIEL E. STERN, ESQ.   SARAH A. MORRIS, ESQ.
Nevada Bar No. 8215   Nevada Bar No. 8461
SCOTT R. LACHMAN, ESQ.   TIMOTHY A. WISEAMN, ESQ.
Nevada Bar No. 12016   Nevada Bar No. 13786
1635 Village Center Circle, Suite 200   5450 W. Sahara Ave., Suite 330
Las Vegas, NV 89134   Las Vegas, NV 89146

*Attorneys for Plaintiff Bank of America, N. A. Successor by Merger to BAC Home loans Servicing, LP fka Countrywide Home Loans Servicing, L.P.*   *Attorneys for Premier One Holdings, Inc.*

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

March 18, 2019
**DATED**

2

48316279;1
48318385;1