**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CARSON RANCH EAST HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS INC., WEISUN PROPERTY INC., AND ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. <br> AND ALL RELATED MATTERS. | Case No.: 2:16-cv-02192-MMD-CWH |

## **MOTION TO SUBSTITUTE ATTORNEY**

. . .

. . .

. . .

1                                                        5844 Karnes Ranch Ave

1 | Joseph Y. Hong, Esq. of Hong & Hong, APLC, is hereby substituted in as attorney for Defendant Premier One Holdings, Inc. ("Premier"), in the above-entitled action, in place and instead of prior attorneys, Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq. of Morris Law Center.

Dated this 7th day of June, 2019.

Premier One Holdings, Inc.

By: /s/ Michael H. Ring
Michael H. Ring, President

## CONSENT

As former attorneys for Defendant, I hereby consent to the above and foregoing substitution of Joseph Y. Hong, Esq., in my place and instead as attorney of record for Defendant Premier.

Dated this 7th day of June, 2019.

MORRIS LAW CENTER

By: [signature]
Sarah A. Morris, Esq.
Nevada Bar No. 8461
Timothy A. Wiseman, Esq.
Nevada Bar No. 13786
*Attorneys for Premier One Holdings, Inc.*

## ACCEPTANCE

I hereby accept the above and foregoing substitution as attorney for the Defendant Premier in the above-entitled action.

Dated this 7th day of June, 2019.

HONG & HONG, APLC

By: /s/: Joseph Y. Hong
Joseph Y. Hong, Esq.
Nevada Bar No. 5995

IT IS SO ORDERED.

DATED: Jun 12, 2019

[signature]
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

5844 Karnes Ranch Ave

*Bank of America, N.A. vs. Carson Ranch, et al*
Case No.: 2:16-cv-02192-MMD-CWH

**ORDER**

The Substitution of Attorney is hereby approved and so ORDERED.

_____     _____
DATE                                UNITED STATES MAGISTRATE JUDGE

5844 Karnes Ranch Ave

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **MOTION TO SUBSTITUTE ATTORNEY** by the method indicated:

_____ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

_____ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the email addresses set forth below and/or included on the Court's Service List for the above-referenced case.

_____ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

_____ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

_____ **BY PERSONAL DELIVERY:** by causing personal delivery via messenger service of the document(s) listed above to the person(s) at the address(es) set forth below.

__X__ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

and addressed to the following:

Alverson, Taylor, Mortensen & Sander
    Kurt R. Bonds           kbonds@alversontaylor.com
    Adam R. Knect         aknecht@alversontaylor.com
    Efile                    efile@alversontaylor.com

Absolute Collection Services, LLC
    Shane D. Cox          shane@absolute-collection.com
                               williams@absolute-collection.com

Akerman LLP
    Brett M. Coombs       brett.coombs@akerman.com
    Jennifer Richardson    jennifer.richardson@akerman.com
    Erin Abugow           erin.abugow@akerman.com
    Akerman LV Office     akermanlas@akerman.com

| | | |
|---|---|---|
| Tracey Wayne | tracey.wayne@akerman.com |
| Thera A. Cooper | thera.cooper@akerman.com |
| Scott R. Lachman | scott.lachman@akerman.com |
| Ariel E. Stern | ariel.stern@akerman.com |
| Darren Brenner | darren.brenner@akerman.com |

Hong & Hong
    Joseph Y. Hong    yosuphonglaw@gmail.com
    Debbie Batesel    dbhonglaw@hotmail.com

Dated this 7th day of June, 2019.

*/s/ Sydney O'der*
_____
An employee of Morris Law Center