ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N. A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CARSON RANCH EAST HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS INC.; WEISUN PROPERTY INC., AND ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. <br><br> AND ALL RELATED CLAIMS. | Case No.: 2:16-cv-02192-MMD-DJA <br><br> ORDER **TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N. A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P., hereby provides notice that Thera A. Cooper, Esq., and Brett M. Coombs, Esq., are no longer associated with the law firm of Akerman LLP.

49529259;1

Akerman LLP continues to serve as counsel for Bank of America, N. A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Scott R. Lachman, Esq.

DATED this 12th day of August, 2019.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N. A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P.*

## **COURT APPROVAL**

IT IS HEREBY ORDERED that the clerk of the court shall remove Thera A. cooper and Brett M. Coombs as counsel for Plaintiff and Counter Defendant Bank of America, N.A.

DATED: August 13, 2019.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

49529259;1